### In re MEDIA QUEUE, LLC, Appellant.

#### No. 2014–1794.

United States Court of Appeals, Federal Circuit.

May 12, 2015.

John Nicholas Gross, Law Office of J. Nicholas Gross, Berkeley, CA, argued for appellant.

Joseph Matal, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Joseph Gerard Piccolo, Nathan K. Kelley.

PROST, Chief Judge, LOURIE and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**